# FILED IN ERROR